```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK SENIOR,

                Plaintiff,

    -v-

MASIMO CORPORATION,

                Defendant.

**ORDER**

25-CV-6586 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 21, 2025, Plaintiff filed a letter in response to the Court's November 17, 2025 Order to Show Cause, requesting a 21 day extension of time to effect service. ECF No. 9. Plaintiff's request for an extension of time to effect service is **GRANTED**. Service shall be completed by **December 15, 2025**.

If Plaintiff fails to complete service by **December 15, 2025**, the undersigned may recommend to the Honorable Jennifer H. Rearden that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: November 24, 2025
       New York, New York

                                              _____
                                              Henry J. Ricardo
                                              United States Magistrate Judge